FORM B6A (Official Form 6A) (12/07)

In re _Robert Wallace Murray Jr.   and Susan Kelly Murray_____ ,          Case No._____

Debtor(s)                                                                                            (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| _2208 Hall Court Redondo Beach, CA 90278_ | _100%_ | C | $ 490,000.00 | $ 408,912.60 |
| | | | **TOTAL $** | |

No continuation sheets attached

**TOTAL $**   490,000.00

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re <u>Robert Wallace Murray Jr.  and Susan Kelly Murray</u>,    Case No. _____
                    Debtor(s)                                                                                      (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash*<br>*Location: In debtor's possession* | C | $ 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Bank of America checking account no. 1796*<br>*Location: Bank of America*<br>*222 North Catalina Ave.*<br>*Redondo Beach, CA  90277* | C | $ 4.31 |
| | | *Chase Savings Account No. 0930*<br>*Location: Chase West*<br>*4840 West 190th Street*<br>*Torrance, CA  90503* | C | $ 13.00 |
| | | *Chase West Business Checking Account No. 20-3*<br>*Location: Chase West*<br>*4840 West 190th Street*<br>*Torrance, CA  90503* | C | $ 122.00 |
| | | *Checking Account, No. 5769*<br>*Location: Chase West*<br>*4840 West 190th Street, Torrance, CA  90503* | C | $ 4.13 |
| | | *Comerica Bank Checking Account No. 7959*<br>*Location: 21153 Hawthorne Blvd.*<br>*Torrance, CA  90503* | C | $ 128.00 |
| | | *Southland Credit Union*<br>*Account No. 9753*<br>*Location: 8595 Hawthorne Blvd.*<br>*Downey, CA  90503* | C | $ 945.74 |

Page _1_ of _6_

B6B (Official Form 6B) (12/07)

In re _Robert Wallace Murray Jr.  and Susan Kelly Murray_____,     Case No. _____
                    Debtor(s)                                                              (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Southland Credit Union Savings Account No. 753-0<br>Location: 8595 Hawthorne Blvd.<br>Downey, CA   90503 | C | $ 2.00 |
| | | USAA Savings Account No. 7227<br>Location: 10750 McDermott Freeway<br>San Antonio, TX   78284-9876 | C | $ 2.58 |
| | | USAA Savings Bank Checking Account No. 8742<br>Location: 10750 McDermott Freeway<br>San Antonio, TX   78284-9876 | C | $ 117.11 |
| | | WESCOM Credit Union Checking Account<br>Location: 19780 Hawthorne Blvd.<br>Torrance, CA   90503 | C | $ 112.00 |
| | | WESCOM Credit Union No. Savings Account No. 13-00<br>Location: 19780 Hawthorne Blvd.<br>Torrance, CA   90503 | C | $ 46.87 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Household goods & furnishings<br>Location: In debtor's possession | C | $ 3,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books & Pictures<br>Location: In debtor's possession | C | $ 100.00 |
| 6. Wearing apparel. | | Wearing apparel<br>Location: In debtor's possession | C | $ 1,000.00 |

B6B (Official Form 6B) (12/07)

In re _Robert Wallace Murray Jr.  and Susan Kelly Murray_____,    Case No. _____
                    Debtor(s)                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7.  Furs and jewelry. | | _Jewelry_<br>_Location: In debtor's possession_ | C | $ 750.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | _Sports equipment_<br>_Location: In debtor's possession_ | C | $ 150.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | _ACSC Life Insurance_<br>_Susan Murray $1 M Term Life, Policy 4440_<br>_No Cash Value_<br>_Location: 17900 N. Laurel Park Dr._<br>_Livonia, MI  48152-3985_ | C | $ 0.00 |
| | | _ACSC Life Insurance_<br>_Robert Murray $1 M Term Life, Policy 4424_<br>_No Cash Value_<br>_Location: 17900 N. Laurel Park Dr._<br>_Livonia, MI  48152-3985_ | C | $ 0.00 |
| | | _Farmers Auto Club term life insurance_<br>_No cash value_<br>_Location: In debtor's possession_ | C | $ 0.00 |
| | | _Farmers Life Insurance_<br>_Susan Murray: Flexible Universal Life Policy_<br>_#399U_<br>_Face Amount: $150,000.00_<br>_Net Surrender Value: $2998.95_<br>_Location: Farmers New World Life_<br>_8003 77th Ave., SE_<br>_Mercer Island, WA  98040_ | C | $ 2,998.95 |
| | | _Farmers Life Insurance_<br>_Robert Murray: Flexible Universal Life_<br>_Policy #399U_<br>_Face Amount: $109,999.00_<br>_Net Surrender Value: $2,716.82_<br>_Location: 17900 N. Laurel Park Dr._<br>_Livonia, MI  48152-3985_ | C | $ 2,716.82 |

B6B (Official Form 6B) (12/07)

In re _Robert Wallace Murray Jr.  and Susan Kelly Murray_____,   Case No. _____
                      Debtor(s)                                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | BT US Ret Savings Plan 401k Location: c/o T. Rowe Price P.O. Box 17349 Baltimore, MD 21297-1349 | W | $ 239,260.96 |
| | | Infonet Employee Pension Plan Payable only at age 65 Location: In debtor's possession | W | $ 0.00 |
| | | Schwab Roth IRA #8130 Location: 21545 Hawthorne Blvd. Torrance, CA 90505 | C | $ 9.11 |
| | | Schwab SEP IRA #8128 Location: Schwab 21545 Hawthorne Blvd. Torrance, CA 90505 | H | $ 850.50 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | Law Office of Robert Murry No cash value Location: 409 North Pacific Coast Hwy., #429 Redondo Beach, CA 90277 | H | $ 0.00 |
| | | Murray Consulting Services No cash value Location: 409 North Pacific Coast Hwy., #429 Redondo Beach, CA 90278-5007 | H | $ 0.00 |

Page   4   of   6

B6B (Official Form 6B) (12/07)

In re _Robert Wallace Murray Jr.  and Susan Kelly Murray_____,    Case No. _____
                              Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | _License to practice law_ _No cash value_ _Location: In debtor's possession_ | C | $ 0.00 |
| | | _Real estate broker's license_ _No cash value_ _Location: In debtor's possession_ | C | $ 0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | _1996 Toyota Camry_ _Location: In debtor's possession_ | C | $ 500.00 |
| | | _2006 Honda Pilot_ _Location: In debtor's possession_ | C | $ 9,500.00 |

B6B (Official Form 6B) (12/07)

In re  _Robert Wallace Murray Jr.   and Susan Kelly Murray_____,    Case No. _____
               Debtor(s)                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *Office Equipment for businesses Location: 409 North Pacific Coast Hwy., #429 Redondo Beach, CA  90277* | C | $ 350.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | Total ➡ | $ 262,884.08 |

Page __6__ of __6__

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re _Robert Wallace Murray Jr.  and Susan Kelly Murray_____,     Case No. _____
                          Debtor(s)                                                              (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        □ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)
□ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *2208 Hall Court Redondo Beach, CA 90278* | *Calif. C.C.P. §704.730(a)(2)* | $ 81,087.40 | $ 490,000.00 |
| *Cash* | *Calif. C.C.P. §704.070(b)(2)* | $ 200.00 | $ 200.00 |
| *Chase Savings Account* | *Calif. C.C.P. §704.070(b)(2)* | $ 13.00 | $ 13.00 |
| *Chase West Business Checking Account* | *Calif. C.C.P. §704.070(b)(2)* | $ 122.00 | $ 122.00 |
| *Chase West Personal Joint Checking Account* | *Calif. C.C.P. §704.070(b)(2)* | $ 4.13 | $ 4.13 |
| *Comerica Bank Checking Account* | *Calif. C.C.P. §704.070(b)(2)* | $ 128.00 | $ 128.00 |
| *Southland Credit Union* | *Calif. C.C.P. §704.070(b)(2)* | $ 945.74 | $ 945.74 |
| *Southland Credit Union Savings Account* | *Calif. C.C.P. §704.070(b)(2)* | $ 2.00 | $ 2.00 |
| *USAA Savings Account* | *Calif. C.C.P. §704.070(b)(2)* | $ 2.58 | $ 2.58 |
| *USAA Savings Bank Checking Account* | *Calif. C.C.P. §704.070(b)(2)* | $ 117.11 | $ 117.11 |
| *WESCOM Credit Union Checking Account* | *Calif. C.C.P. §704.070(b)(2)* | $ 112.00 | $ 112.00 |
| *WESCOM Credit Union Savings Account* | *Calif. C.C.P. §704.070(b)(2)* | $ 46.87 | $ 46.87 |
| *Household goods & furnishings* | *Calif. C.C.P. §704.020(a)* | $ 3,000.00 | $ 3,000.00 |

Page No. _1_ of _2_

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6C (Official Form 6C) (04/10)

In re _Robert Wallace Murray Jr.  and Susan Kelly Murray_ ,    Case No. _____
        Debtor(s)                                                        (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Books & Pictures* | *Calif. C.C.P. §704.020(a)* | $ 100.00 | $ 100.00 |
| *Wearing apparel* | *Calif. C.C.P. §704.020(a)* | $ 1,000.00 | $ 1,000.00 |
| *Jewelry* | *Calif. C.C.P. §704.040* | $ 750.00 | $ 750.00 |
| *Sports equipment* | *Calif. C.C.P. §704.020(a)* | $ 150.00 | $ 150.00 |
| *Farmers Life Insurance* | *Calif. C.C.P. §704.100(b)* | $ 2,716.82 | $ 2,716.82 |
| *Farmers Life Insurance* | *Calif. C.C.P. §704.100(b)* | $ 2,998.95 | $ 2,998.95 |
| *BT US Ret Savings Plan 401k* | *Calif. C.C.P. §704.115* | $ 239,260.96 | $ 239,260.96 |
| *Schwab* | *Calif. C.C.P. §704.115* | $ 9.11 | $ 9.11 |
| *Schwab IRA* | *Calif. C.C.P. §704.115* | $ 850.50 | $ 850.50 |
| *1996 Toyota Camry* | *Calif. C.C.P. §704.010* | $ 500.00 | $ 500.00 |
| *2006 Honda Pilot* | *Calif. C.C.P. §704.060(a)* | $ 6,075.00 | $ 9,500.00 |

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _Robert Wallace Murray Jr.  and Susan Kelly Murray_ ,   Case No._____
                    **Debtor(s)**                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *5299*  *Creditor # : 1* **Bank of America** **P.O. Box 30750** **Los Angeles CA 90030-0750** | C | *2005* **Home equity line of credit** **2208 Hall Court Redondo Beach, CA 90278**  Value: **$ 490,000.00** | | | | $ 141,856.90 | $ 0.00 |
| Account No: *7262*  *Creditor # : 2* **Sun Trust Mortgage** **P.O. Box 79041** **Baltimore MD 21279-0041** | C | *2002* **1st Mortgage** **2208 Hall Court Redondo Beach, CA 90278**  Value: **$ 490,000.00** | | | | $ 267,055.70 | $ 0.00 |
| Account No: | | Value: | | | | | |
| No continuation sheets attached | | | | Subtotal $ *(Total of this page)* | | $ 408,912.60 | $ 0.00 |
| | | | | Total $ *(Use only on last page)* | | $ 408,912.60 | $ 0.00 |
| | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re  _Robert Wallace Murray Jr.   and Susan Kelly Murray_____,          Case No._____
                                  **Debtor(s)**                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
  Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
  Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
  Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
  Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
  Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
  Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
  Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
  Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
  Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    **continuation sheets attached**

Official Form 6E (04/10) - Cont.

In re  _Robert Wallace Murray Jr.  and Susan Kelly Murray_____ ,     Case No._____
                    **Debtor(s)**                                                                      (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: *Creditor # : 1* *Franchise Tax Board* *Attn: Bankruptcy* *P.O. Box 2952* *Sacramento CA 95812-2952* | C | *Tax* *2008 Taxes* | | | | | *$ 3,500.00* | *$ 3,500.00* | *$ 0.00* |
| Account No: *Creditor # : 2* *Internal Revenue Service* *P.O. Box 21126* *Philadelphia PA 19114* | C | *2008 Taxes* *Amount includes penalty and Interest* | | | | | *$ 14,191.69* | *$ 14,191.69* | *$ 0.00* |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | *17,691.69* | *17,691.69* | *0.00* |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | *17,691.69* | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | *17,691.69* | *0.00* |

B6F (Official Form 6F) (12/07)

In re _Robert Wallace Murray Jr.  and Susan Kelly Murray_____,    Case No._____
        **Debtor(s)**                                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:  *0726*<br>*Creditor # : 1*<br>*Alliance One Receivables Mgmt*<br>*P.O. Box 3100*<br>*Southeastern PA 19398-3100* | C | *05/13/2010*<br>*Collection Account*<br>*Original Creditor: Wells Fargo Bank* | | | | $ 0.00 |
| Account No:<br>*Creditor # : 2*<br>*Alliance One Receivables Mgmt.*<br>*4850 Street Road*<br>*Feasterville Tre PA 19053* | C | *Collection Account*<br>*Original creditor: Wells Fargo Bank* | | | | $ 0.00 |
| Account No:<br>*Creditor # : 3*<br>*Alliance One Receivables Mgmt.*<br>*4850 Street Road*<br>*Feasterville Tre PA 19053* | C | *Collection Account*<br>*Original Creditor: Wells Fargo Bank* | | | | $ 0.00 |
| Account No:  *0726*<br>*Creditor # : 4*<br>*Alliance One Receivables Mgmt.*<br>*P.O. Box 3100*<br>*Southeastern PA 19398-3100* | C | *Collection Account*<br>*Original Creditor: Wells Fargo Bank* | | | | $ 0.00 |

_6_ continuation sheets attached

|  | Subtotal $ | $ 0.00 |
|---|---|---|
|  | **Total $** | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Robert Wallace Murray Jr.   and Susan Kelly Murray_____,        Case No._____
　　　　　　　　**Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 5 <br> American Express <br> P. O. Box 0001 <br> Los Angeles CA 90096-8000 | C | | 1998-06/2009 <br> credit | | | | $ 9,953.65 |
| Account No:   2007 <br> Creditor # : 6 <br> American Express <br> P O Box 981540 <br> El Paso TX 79998-1540 | C | | For Noticing Purposes Only | | | | $ 0.00 |
| Account No:   2007 <br> Creditor # : 7 <br> American Express <br> P O Box 0001 <br> Los Angeles CA 90096-8000 | C | | For Noticing Purposes Only | | | | $ 0.00 |
| Account No: <br> Creditor # : 8 <br> ARM Accounts Receivalble Mgmt. <br> P.O. Box 129 <br> Thorofare NJ 08086-0129 | C | | For Noticing Purposes Only <br> Original creditor: Commerce Bank | | | | $ 0.00 |
| Account No: <br> Creditor # : 9 <br> Bank of America <br> P.O. Box 15026 <br> Wilmington DE 19850-5026 | C | | For Noticing Purposes Only | | | | $ 0.00 |
| Account No: <br> Creditor # : 10 <br> Bank of America <br> P.O. Box 301200 <br> Los Angeles CA 90030-1200 | C | | For Noticing Purposes Only | | | | $ 0.00 |

Sheet No. _1_ of _6_ continuation sheets attached to Schedule of                                    Subtotal $            $ 9,953.65
Creditors Holding Unsecured Nonpriority Claims
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Robert Wallace Murray Jr.   and Susan Kelly Murray_____,    Case No._____
                    **Debtor(s)**                                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:     6928<br>Creditor # : 11<br>Bank of America<br>P.O. Box 301200<br>Los Angeles CA 90030-1200 | | C | 1995-08/2009<br>credit card | | | | $ 5,896.00 |
| Account No:     5089<br>Creditor # : 12<br>Bank of America<br>P.O. Box 851001<br>Dallas TX 75285-1001 | | C | 1993-2008<br>credit | | | | $ 758.00 |
| Account No:<br>Creditor # : 13<br>Bank of America<br>P.O. Box 15026<br>Wilmington DE 19850-5026 | | C | For Noticing Purposes Only | | | | $ 0.00 |
| Account No:     9101<br>Creditor # : 14<br>Best Service Company<br>10780 Santa Monica Blvd., #140<br>Los Angeles CA 90025-7613 | | C | For Noticing Purposes Only<br>Original Creditor: Kinecta | | | | $ 0.00 |
| Account No:<br>Creditor # : 15<br>Bishop, White, Marshall, &<br>Weibel, P.S.<br>901 Sunvalley Blvd., #220<br>Concord CA 94520 | | C | For Noicing Purposes Only<br>Original Creditor: Discover Card | | | | $ 0.00 |
| Account No:<br>Creditor # : 16<br>Capital One<br>P O Box 30281<br>Salt Lake City UT 84130 | | C | For Noticing Purposes Only | | | | $ 0.00 |

Sheet No. __2__ of __6__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 6,654.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Robert Wallace Murray Jr.  and Susan Kelly Murray_____ ,    Case No. _____
               **Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No:   5147 Creditor # : 17 Capital One Visa P.O. Box 60024 City of Industry CA 91716-0024 | C | 1998-10/2009 credit card | | | | $ 3,721.00 |
| Account No:   6106 Creditor # : 18 Citi Cards P O Box 6401 The Lakes NV 88901-6401 | C | 2000-11/2007 credit card | | | | $ 9,443.39 |
| Account No: Creditor # : 19 Citi Cards P O Box 688901 Des Moines IA 50368-8901 | C | For Noticing Purposes Only | | | | $ 0.00 |
| Account No:   7578 Creditor # : 20 Commerce Bank P.O. Box 806000 Kansas City MO 64180-6000 | C | 1993-2008 credit | | | | $ 29,945.35 |
| Account No: Creditor # : 21 Commerce Bank P.O. Box 419248 Kansas City MO 64141-6248 | C | For Noticing Purposes Only | | | | $ 0.00 |
| Account No: Creditor # : 22 Commerce Bank P.O. Box 410857 Kansas City MO 64141-0857 | C | For Noticing Purposes Only | | | | $ 0.00 |

Sheet No. __3__ of __6__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 43,109.74

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Robert Wallace Murray Jr.   and Susan Kelly Murray_____,   Case No. _____
                    **Debtor(s)**                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  1573<br>Creditor # : 23<br>Discover<br>Bishop White & Marshall<br>720 Olive Way #1301<br>Seattle WA 98101 | | H | 1998-12/2008<br>credit | | | | $ 12,023.00 |
| Account No:  7418<br>Creditor # : 24<br>Discover<br>P.O. Box 6103<br>Carol Stream IL 60197-6103 | | W | 1998-12/2008<br>credit | | | | $ 13,000.00 |
| Account No:<br>Creditor # : 25<br>Discover<br>P.O. Box 3008<br>New Albany OH 43054-3008 | | C | For Noticing Purposes Only | | | | $ 0.00 |
| Account No:  2433<br>Creditor # : 26<br>Enhanced Recovery Corporation<br>8014 Bayberry Road<br>Jacksonville FL 32256 | | C | Collection Account<br>Original creditor: Wells Fargo Bank<br>for overdrawn business checking<br>account | | | X | $ 0.00 |
| Account No:  9062<br>Creditor # : 27<br>Kinecta FCU<br>P.O. Box 60083<br>City of Industry CA 91716-0083 | | C | 1998-01/2008<br>credit | | | | $ 29,717.00 |
| Account No:<br>Creditor # : 28<br>Management Services, Inc.<br>P.O. Box 1099<br>Langhorne PA 19047 | | C | For Noticing Purposes Only<br>Original creditor: Commerce Bank | | | | $ 0.00 |

Sheet No.  __4__ of  ___6__ continuation sheets attached to Schedule of                     Subtotal $        $ 54,740.00
Creditors Holding Unsecured Nonpriority Claims                                                Total $
                                                           (Use only on last page of the completed Schedule F. Report also on Summary of
                                                           Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Robert Wallace Murray Jr.  and Susan Kelly Murray_____,    Case No. _____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    8473 | C | | | | | | $ 0.00 |
| Creditor # : 29 Moore Law Group P.O. Box 25145 Santa Ana CA 92799-2652 | | | Collection Account Original Creditor: Discover | | | | |
| Account No: | C | | | | | | $ 0.00 |
| Creditor # : 30 Nationwide 2015 Vaughn Road Bldg. 400 Kennesaw GA 30144 | | | For Noticing Purposes Only Original creditor: American Express | | | | |
| Account No: | C | | | | | | $ 0.00 |
| Creditor # : 31 NCO Financial Systems, Inc. P.O. Box 15773 Wilmington DE 19850-5773 | | | For Noticing Purposes Only | | | | |
| Account No: | C | | | | | | $ 0.00 |
| Creditor # : 32 NCO Financial Systems, Inc 507 Prudential Road Horsham PA 19044 | | | For Noticing Purposes Only | | | | |
| Account No: | C | | | | | | $ 0.00 |
| Creditor # : 33 Sun Trust Mortgage Customer Service RVW-3003 P.O. Box 26149 Richmond VA 23260-6149 | | | For Noticing Purposes Only | | | | |
| Account No: | C | | | | | X | $ 0.00 |
| Creditor # : 34 United Collection Burearu, Inc P.O. Box 14190 Toledo OH 43614 | | | Collection Account Original creditor unknown | | | | |

Sheet No. __5__ of ___6__ continuation sheets attached to Schedule of          Subtotal $          $ 0.00
Creditors Holding Unsecured Nonpriority Claims                                            Total $
                                                                    (Use only on last page of the completed Schedule F. Report also on Summary of
                                                                    Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re  _Robert Wallace Murray Jr.  and Susan Kelly Murray_____ ,          Case No. _____
                    **Debtor(s)**                                                          (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No:    1961<br>Creditor # : 35<br>Wells Fargo Bank<br>P.O. Box 54349-0349<br>Los Angeles CA 90054-0349 | C | | 1998-2009<br>credit card<br>Business debt | | | | $ 11,141.65 |
| Account No:<br>Creditor # : 36<br>Wells Fargo Bank<br>P.O. Box 522<br>Des Moines IA 50306-0522 | C | | For Noticing Purposes Only | | | | $ 0.00 |
| Account No:<br>Creditor # : 37<br>Wells Fargo Bank<br>P.O. Box 522<br>Des Moines IA 50306-0522 | C | | For Noicing Purposes Only | | | | $ 0.00 |
| Account No:<br>Creditor # : 38<br>Wells Fargo Bank<br>1701 South Elena Aveue<br>Redondo Beach CA 90277 | X | H | 1998-2009<br>overdrawn bank account<br>Consulting Business checking account | | | | $ 292.26 |
| Account No:    0864<br>Creditor # : 39<br>Wells Fargo Bank<br>P.O. Box 30086<br>Los Angeles CA 90030-0086 | X | H | 1998-2009<br>credit card | | | | $ 12,809.00 |
| Account No: | | | | | | | |

Sheet No.   6   of   6   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 24,242.91

Total $        $ 138,700.30

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6G (Official Form 6G) (12/07)

In re _Robert Wallace Murray Jr.   and Susan Kelly Murray_____ / Debtor        Case No. _____
                                                                                                      (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re _Robert Wallace Murray Jr.   and Susan Kelly Murray_ _____ / Debtor          Case No. _____
                                                                                          (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _Murray Consulting Services_<br>_409 North Pacific Coast Hwy._<br>_#429_<br>_Redondo Beach CA   90277_ | _Wells Fargo Bank_<br>_1701 South Elena Aveue_<br>_Redondo Beach CA   90277_<br><br>_Wells Fargo Bank_<br>_P.O. Box 30086_<br>_Los Angeles CA   90030-0086_ |

B6I (Official Form 6I) (12/07)

In re  *Robert Wallace Murray Jr.  and Susan Kelly Murray* _____ ,       Case No. _____
                       **Debtor(s)**                                                           (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| Status:<br>*Married* | RELATIONSHIP(S):<br>*son*<br>*daughter* | | AGE(S):<br>*7*<br>*5* |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Self-Employed Consultant* | *Human Resorces* |
| Name of Employer | | *Infonet Services Corp* |
| How Long Employed | | |
| Address of Employer | | *2160 E. Grand Ave.*<br>*Long Beach CA  90802* |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | *0.00* | $ | *9,722.02* |
| 2. Estimate monthly overtime | $ | *0.00* | $ | *0.00* |
| 3. SUBTOTAL | $ | *0.00* | $ | *9,722.02* |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | *0.00* | $ | *2,245.82* |
|    b. Insurance | $ | *0.00* | $ | *204.50* |
|    c. Union dues | $ | *0.00* | $ | *0.00* |
|    d. Other  (Specify):   *401k* | $ | *0.00* | $ | *474.20* |
|                  *State Tax Levy* | $ | *0.00* | $ | *330.00* |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | *0.00* | $ | *3,254.52* |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | *0.00* | $ | *6,467.50* |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | *2,783.33* | $ | *0.00* |
| 8. Income from real property | $ | *0.00* | $ | *0.00* |
| 9. Interest and dividends | $ | *0.00* | $ | *0.00* |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | *0.00* | $ | *0.00* |
| 11. Social security or government assistance | | | | |
|    (Specify): | $ | *0.00* | $ | *0.00* |
| 12. Pension or retirement income | $ | *0.00* | $ | *0.00* |
| 13. Other monthly income | | | | |
|    (Specify): | $ | *0.00* | $ | *0.00* |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | *2,783.33* | $ | *0.00* |
| 15. AVERAGE MONTHLY INCOME  (Add amounts shown on lines 6 and 14) | $ | *2,783.33* | $ | *6,467.50* |
| 16. COMBINED AVERAGE MONTHLY INCOME:  (Combine column totals | | $ | *9,250.83* | |
|    from line 15; if there is only one debtor repeat total reported on line 15) | | | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

# ATTACHMENT
# "Schedule I - 7"

|  | Law Offices | Consulting Services | Total |
|---|---|---|---|
| December | $0.00 | $0.00 | $0.00 |
| January | $0.00 | $3,500.00 | $3,500.00 |
| February | $0.00 | $2,500.00 | $2,500.00 |
| March | $0.00 | $10,700.00 | $10,700.00 |
| April | $0.00 | $0.00 | $0.00 |
| May | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $16,700.00 | $16,700.00 |

Average income from last six months          $2,783.33

B6J(Official Form 6J)(12/07)

In re _Robert Wallace Murray Jr.  and Susan Kelly Murray_____,    **Case No.** _____
                              **Debtor(s)**                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

    Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,920.94 |
|     a. Are real estate taxes included?   Yes ☐   No ☒ | | |
|     b. Is property insurance included?   Yes ☐   No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 291.00 |
|     b. Water and sewer | $ | 75.00 |
|     c. Telephone | $ | 400.00 |
|     d. Other   *Real property Taxes* | $ | 363.52 |
|     Other   *Umbrella Policy* | $ | 48.58 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 0.00 |
| 6. Laundry and dry cleaning | $ | 25.00 |
| 7. Medical and dental expenses | $ | 250.00 |
| 8. Transportation (not including car payments) | $ | 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 0.00 |
|     b. Life | $ | 901.92 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 0.00 |
|     e. Other   *Homeowner's & Auto Insurance* | $ | 300.00 |
|     Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify)   *IRS* | $ | 240.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 0.00 |
|     b. Other: | $ | 0.00 |
|     c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 2,234.66 |
| 17. Other:   *2nd Mortgage* | $ | 1,109.35 |
|     Other: | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 9,884.97 |

    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|     a. Average monthly income from Line 16 of Schedule I | $ | 9,250.83 |
|     b. Average monthly expenses from Line 18 above | $ | 9,884.97 |
|     c. Monthly net income (a. minus b.) | $ | (634.14) |

# ATTACHMENT
# "Schedule J - 16"

| Check # | Storage | Postage/Shipping | Supplies | Office Equipment | Prof Fees | Rent | Bank Fees | Auto | Print/Repro | Advertising | Telephone | Dues/Subs | Library | Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5334 | | | | | | | | | | | | | | |
| POS | | | 400.00 | | | | | | | | | | | |
| 5335 | | | 50.64 | | | | | | | | | | | |
| 5336 | | | 129.27 | | | | | | | | | | | |
| 5337 | | 30.00 | 162.20 | | | | | | | | | | | |
| 5338 | 172.00 | | | | | | | | | | | | | |
| 5339 | 132.00 | | | | | | | | | | | | | |
| 5340 | | | | | | | | | | | | | | |
| 5341 | | | | | | | | | | | 110.00 | | | |
| 5342 | | | | | | | | 100.86 | | | 115.00 | | | |
| 5343 | | | | | | | | | | | | | | |
| 5344 | | | | | | | | | | | 200.00 | | | |
| 5345 | | | | | | | | | | | 120.00 | | | |
| 5346 | | | | | | | | | | | | | | |
| 5347 | | | 9.71 | | 25.00 | | | | | | | | | |
| 5348 | | | | | 60.00 | | | | | | | | | |
| 5349 | | 62.00 | | | | 300.00 | | | | | | | | |
| 5350 | | 46.85 | | | | | | | | | | | | |
| 5351 | | | 40.04 | | | | | | | | | | | |
| 5352 | 147.00 | | | | | | | | | | | | | |
| 5353 | | | | | | | | | | | 180.00 | | | |
| 5354 | | | | | 270.00 | | | | | | | | | |
| 5355 | | | | | | | | | 600.00 | | | | | |
| 5356 | | 20.65 | | | | | | | | | | | | |
| 5357 | | | | | | | | | | | 95.00 | | | |
| 5358 | | | | | | | | | 150.00 | | | | | |
| 5359 | | | | | 410.00 | | | | | | | | | |
| 5360 | | | | | | | | | 150.00 | | | | | |
| 5361 | 147.00 | | | | | | | | | | | | | |
| 5362 | | | | | | | | | | | | | | 1,989.00 |
| 5363 | | | | | | | | | | | 152.00 | | | |
| 5364 | | 46.11 | | | | | | | | | | | | |
| 5365 | | 29.76 | | | | | | | | | | | | |
| 5366 | | | | | | | | | | | 100.00 | | | |
| 5367 | | | | | | | | | | | | | | |
| 5368 | | | 600.00 | | | | | | | | | | | |
| 5369 | | | | | | | | | 600.00 | | | | | |
| 5370 | | | 0.00 | | | | 70.00 | | | | | | | |
| 5371 | | | 0.00 | | | | 36.00 | | | | | | | |
| 5372 | | | | | | 1,204.00 | | | | | | | | |
| 5373 | | | | | | | | | | | | | | |
| 5374 | | | | | 375.00 | | | | | | 160.00 | | | |
| 5375 | 132.00 | | | | | | | | | | | | | |
| 5376 | | | | | | | | | | | | 140.00 | | |
| 5377 | | | | | | | | | | | | 135.00 | | |
| 5378 | | | | | | | | | | | | 25.00 | | |
| 5379 | | | | | | | | | | | 101.00 | | | |
| 5380 | 132.00 | | | | | | | | | | | | | |

| Check # | Storage | Postage/Shipping | Supplies | Office Equipment | Prof Fees | Rent | Bank Fees | Auto | Print/Repro | Advertising | Telephone | Dues/Subs. | Library | Insurance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5381 | | | | | | | | | | | | | | |
| 5382 | | | 420.00 | | | | | | | | | | | |
| 5383 | | 19.78 | | | | | | | | | | | | |
| 5384 | 153.00 | | | | | | | | | | | | | |
| 5385 | | | 85.59 | | | | | | | | | | | |
| 5386 | | | | | | | | | | | 161.00 | | | |
| 5387 | | | | | | | | | | | 172.00 | | | |
| 5388 | | | | | | | | | | | 202.00 | | | |
| 5389 | | | | | | | | | | | | 135.00 | | |
| 5390 | | | | | | | | | | | | 49.50 | | |
| 5391 | | | | | | | | | | | | 225.00 | | |
| 5392 | 138.00 | | | | | | | | | | | | | |
| TR 03/18 | | | | | | | | | | | | | | |
| Cashiers | | | | | | 1,205.00 | | | | | | | | |
| | 1,153.00 | 255.15 | 1,897.45 | 0.00 | 1,140.00 | 2,709.00 | 106.00 | 100.86 | 1,500.00 | 0.00 | 1,848.00 | 709.50 | 0.00 | 1,989.00 |

Total Expenses    13,407.96

Gross Income    16,700.00

Net Income    3,292.04

Average expense from last six months    $2,234.66

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _Robert Wallace Murray Jr.   and Susan Kelly Murray_____     Case No. _____
                     Debtor                                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___24___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: __06/10/2010__          Signature _____
                                                          Robert Wallace Murray Jr.

Date: __6/10/2010__          Signature _____
                                                          Susan Kelly Murray

                              [If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.